AO-10 (WP)
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978,
(5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Gershon  Nina | EDNY | 5-9-08 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| USDJ active | ___Nomination, Date _____  ___ Initial __X__ Annual ____ Final  **5b.** ___ Amended Report | January 1, 2007 to December 31, 2007 |

**7. Chambers or Office Address**
225 Cadman Plaza E.
Brooklyn NY 11201

**8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.**

Reviewing Officer _____ Date_____

> *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

[X] **NONE** (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

[X] **NONE** (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |

*(Stamp: RECEIVED 2008 MAY 16 A 10: 12 FINANCIAL DISCLOSURE OFFICE)*

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

[X] **NONE** (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|
| 1. | | $ |
| 2. | | $ |
| 3. | | $ |

### B. Spouse's Non-Investment Income – If you were married during any portion of the reporting year, please complete this section (dollar amount not required except for honoraria).

[ ] **NONE** (No reportable non-investment income.)

| 1. | ████████████ |
| 2. | |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Nina Gershon | 5-9-08 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

☒ NONE (No such reportable reimbursements.)

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PROVIDED OR PAID |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

☒ NONE (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | $ |
| 2. | | | $ |
| 3. | | | $ |
| 4. | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

☐ NONE (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | USAA (Mastercard) | credit card | K |
| 2. | Citi Premier Card (VISA) | credit card | J |
| 3. | Capital One (Visa) | credit card | K |
| 4. | | | |
| 5. | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

Name of Person Reporting: Nina Gershon

Date of R: 5-9-0

## Page 1 INVESTMENTS and TRUSTS — income, value, transactions (includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identit buyer/s (if private tr |
| NONE No reportable income, assets. | | | | | | | | | |
| 1 IBM Common Stock | A | Div | J | T | | | | | |
| 2 US Gov't HH Bonds | A | Int | K | T | | | | | |
| 3 Fidelity Magellan (IRA) | A | Div | | | transfer all | various | K | | FID. CAPITAL FID. LARGE C FID VALUE |
| 4 Fidelity Magellan (IRA) | A | Div | J | T | | | | | |
| 5 Fidelity NY tax free M.M. | A | Div | J | T | | | | | |
| 6 Washington Mutual (formerly Dime) (IRA) | Cash Eq. A | Int | J | T | | | | | |
| 7 Citibank Checking Acct. | | None | J | T | | | | | |
| 10 Chase Manh. Bank CD | A | Int | J | T | | | | | |
| 11 DW/Sears Liq. Assets | A | Div | J | T | | | | | |
| 13 Chase Manh Bank | A | Int | J | T | | | | | |
| 15 Dreyfus Growth + Inc (IRA) | B | Div | K | T | | | | | |
| 17 DW Dev. Growth Fund | A | Div | K | T | | | | | |

| Name of Person Reporting | Date of Rep |
|---|---|
| Nina Gershon | 5-9-0? |

## II. Page2 INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int. | (1) Value Code2 (J-P) | (2) Value Method Code3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code2 (J-P) | (4) Gain Code1 (A-H) | (5) Identity buyer/sel (if private trans |
| —  NONE (No reportable income, assets. | | | | | | | | | |
| 18 DW Div. Growth Fund | A | Div | K | T | | | | | |
| 19 DW Global Div. Growth F | A | Div | K | T | | | | | |
| 20 Kaufmann Fund | C | Div | M | T | | | | | |
| 21 ▓▓ Deferred Comp | | None | N | T | | | | | |
| 23 N.Y. Money Trust (NTFI) | A | Div | J | T | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| 30 LI Power - B Bond | A | Int | J | T | | | | | |
| 31 Vanguard 500 (IRA) | B | Div | L | T | | | | | |
| | | | | | | | | | |
| 33 Cattargu sImpt BE Bond | B | Int | K | T | | | | | |
| 34 Albany Co GO-B Bond | A | Int | K | T | | | | | |

1  Income/Gain Codes:  A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000·   D=$5,001-$15,000   E=$15,001-$
   (See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2  Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000
   (See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000

Page 3 INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private trans.) |
| NONE (No reportable income, assets.) | | -- | | | | | | | |
| 35 Fed. Int. Govt Fund (IRA) | A | Int | K | T | | | | | |
| 36 Dreyfus U.S. Int. Fund | A | Int | J | T | | | | | |
| 37 Vanguard GNMA Fund | A | Int | K | T | | | | | |
| 38 Dreyfus Mun. Bond Fund | A | Int | K | T | | | | | |
| 39 Vanguard GNMA (IRA) | B | Div | K | T | | | | | |
| 41 NYS Thruway Auth | A | Int | J | T | | | | | |
| 42 NYC Trans. Fin. | A | Int | K | T | | | | | |
| 43 Chautauqua Cty. N.Y. Bond | B | Int | K | T | | | | | |
| 44 NYS Dorm Auth | A | Int | J | T | | | | | |
| 45 NYS Dorm Auth | A | Int | | | Redemption | 8/15 | J | A | |
| 46 NYC Mun Water Auth | A | Int | J | T | | | | | |
| 47 Haverstraw Pub Imp | A | Int | J | T | | | | | |
| 48 NYS Hsg Fin Agency | A | Int | K | T | | | | | |
| 49 Albany Cty NY Airport Auth | B | Int | K | T | | | | | |
| 50 NYS Local Govt ASST | B | Int | K | T | | | | | |
| 51 NYS Env Facs Corp | B | Int | K | T | | | | | |

Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$5
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P=$1,000,001 -

# FINANCIAL DISCLOSURE REPORT

Name of Person Reporting: **Nina Gershon**

Date of Report: **5-9-08**

## VII. Page 4 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income.) | | | | | | | | | |
| 52 NYS GOB | A | Int | J | T | | | | | |
| 53 Cohoes NY GOB | A | Int | K | T | | | | | |
| 54 NYS Env Facs Corp | A | Int | K | T | | | | | |
| 55 NYS Loc Govt Asst | A | Int | J | T | | | | | |
| 56 Schenectady NY School | A | Int | J | T | | | | | |
| 57 NYS Env. Facs Corp | B | Int | K | T | | | | | |
| 58 FID. CAPITAL Appreciati Fund | A | Div | J | T | See Line 4 | | | | |
| 59 FID. LARGE Cap Value Fund | A | Div | J | T | See Line 4 | | | | |
| 60 Fid. VALUE Fund | A | Div | J | T | See Line 4 | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less B=$1,001-$2,500 C=$2,501-$5,000 D=$5,001-$15,000 E=$15,001-$50,000 (See Col. B1, D4) F=$50,001-$100,000 G=$100,001-$1,000,000 H1=$1,000,001-$5,000,000 H2=More than $5,000,000

2. Value Codes: J=$15,000 or less K=$15,001-$50,000 L=$50,001-$100,000 M=$100,001-$250,000 (See Col. C1) N=$250,001-$500,000 O=$500,001-$1,000,000 P1=$1,000,001-$5,000,000 P2=$5,000,001-$25,000,000 P3=$25,000,001-$50,000,000 P4=More than $50,000,000

3. Value Method Codes: Q=Appraisal R=Cost (real estate only) S=Assessment T=Cash/Market (See Col. C2) U=Book Value V=Other W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Nina Gershon | 5-9-08 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS  (Indicate part of Report.)

Re: Part VII, all references to "DW" (Dean Witter) are now Morgan Stanley.

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature

NOTE:  ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

---

### FILING INSTRUCTIONS:

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
   United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544